FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

JAN 27 2016

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ROBERT BAHENA JR.,<br><br>Defendant. | CRIMINAL NO.<br>**INDICTMENT**  **MO16CR-021**<br><br>[Vio: 21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [21 U.S.C. §§ 841(a)(1) & 841(b)]

That on or about December 04, 2015, in the Western District of Texas, the Defendant,

**ROBERT BAHENA JR.,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved fifty grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*[signature]*
BRANDI YOUNG
Assistant United States Attorney

Original signed by the
foreperson of the Grand Jury

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: Junell |
| DATE: January 27, 2016 | MAG CT #: 16-MJ-005 | FBI #: |
| CASE NO: MO-16-CR-021 | ASSISTANT U.S. ATTORNEY: Brandi Young | |
| DEFENDANT: ROBERT BAHENA JR. | | DOB: XXXXXXXXX |

| |
|---|
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| CITIZENSHIP:        INTERPRETER NEEDED    LANGUAGE: |
| DEFENSE ATTORNEY:<br>Robert Victor Garcia, Jr.<br>Attorney At Law<br>413 North Texas Ave.<br>Odessa, TX 79761<br>(432) 332-6756<br>432/332-6759 (fax)<br>BGarciaLaw@aol.com |
| DEFENDANT IS: Detained |

| | |
|---|---|
| DATE OF ARREST: December 04, 2015 | BENCH WARRANT: XXX |

| |
|---|
| PROBATION OFFICER: |
| NAME AND ADDRESS OF SURETY: |
| YOUTH CORRECTIONS ACT APPLICABLE: No |
| PROSECUTION BY: Indictment |
| OFFENSE (Code and Description):   Ct. 1 - 21 USC 841(a)(1) & (b)(1)(A) - Possession with intent to distribute fifty (50) grams of methamphetamine. |
| OFFENSE IS: FELONY |
| MAXIMUM SENTENCE:   Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. |
| PENALTY IS MANDATORY:   As stated above. |
| REMARKS: AGENT:<br>DEA - James Dolan |

WDT-Cr-3