IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA AND PECOS DIVISIONS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | MO:16-CR-021 |
| v. | ) | P:11-CR-382 |
| | ) | |
| ROBERT BAHENA, JR. | ) | |

## ORDER GRANTING MOTIONS TO WIITHDRAW AND APPOINTING APPELLATE COUNSEL

On the 13th day of July, 2016, the Court considered the Defendant's Pro Se Notices of Appeal (Docs. #40 & #84) and Motions to Withdraw as Attorney for Defendant (Docs. #41 & #85) filed by attorney Robert Garcia in the above-referenced causes, respectively. The Court **GRANTS** said Motions.

**THEREFORE**, attorney Robert Garcia is authorized to withdraw from any further representation of the Defendant in the above-referenced causes, respectively, and he may submit his final eVouchers to the Court. The Court appoints **attorney Franklin Bynum** to represent the Defendant for **appellate purposes** under the Criminal Justice Act in the above-referenced causes.

It is so **ORDERED**.

SIGNED this 13th day of July, 2016.

_____
DAVID COUNTS
U.S. MAGISTRATE JUDGE